# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Gwen Truesdell,
    Plaintiff,

v.                        1:12cv494
                            (J. Weber ; MJ Litkovitz)

Butler County, et al.,
    Defendant.

## ORDER

    This matter is before the Court on pro-se plaintiff's response to the Court's November 13, 2012 show cause order, and request for extension of time to execute service upon all defendants. (Doc. 5). For good cause shown, plaintiff's request is **hereby Granted**.

    The pro-se plaintiff shall have up to and including **January 11, 2013** in which to execute service upon all defendants in this matter.

    **It is so ordered**.

Date: 12/7/12

Karen L. Litkovitz
United States Magistrate Judge

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee |
| | B. Received by ( *Printed Name*)     C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gwen Truesdell<br>9910 Charter Park Drive<br>West Chester, Ohio 45069 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*     ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 3150 0000 8389 9500 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540